No. 01–1628. KNUBBE *v.* DETROIT BOARD OF EDUCATION ET AL. Ct. App. Mich. Certiorari denied.

No. 01–1639. SMITH *v.* WILLIAMS, WARDEN. Dist. Ct. N. M., Socorro County. Certiorari denied.

No. 01–1646. SCHULTZ *v.* JOURNAL SENTINEL, INC. Ct. App. Wis. Certiorari denied.

No. 01–1650. DEVRIES *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 01–1654. THOMAS *v.* STONE, COMMISSIONER, NEW YORK STATE OFFICE OF MENTAL HEALTH. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 01–1658. ISKO *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–1668. BOYNE *v.* MOORE, SECRETARY, FLORIDA DEPART- MENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 01–1669. FRANCOIS *v.* ENTERPRISE LOU-TEX NGL PIPE- LINE L. P. Ct. App. La., 3d Cir. Certiorari denied.

No. 01–1679. SPRINT COMMUNICATIONS CO. *v.* MISSOURI DI- RECTOR OF REVENUE. Sup. Ct. Mo. Certiorari denied.

No. 01–1701. CLOUD *v.* UNITED STATES. C. A. 5th Cir. Cer- tiorari denied.

No. 01–1714. ORLANDO FERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1720. PENA *v.* UNITED STATES. C. A. 3d Cir. Certio- rari denied.

No. 01–1734. HOUSE *v.* COMMISSIONER OF INTERNAL REVE- NUE. C. A. 7th Cir. Certiorari denied.